**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:04-MC-0241 |
| | : | |
| v. | : | (Judge Conner for Judge Caldwell) |
| | : | |
| **DERRICK JAMES LOVE,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 26th day of March, 2007, probable cause having been found to establish that the defendant has not demonstrated by clear and convincing evidence that he is not likely to flee or pose a danger to the community, and since the burden is on the defendant to so demonstrate, it is hereby ORDERED, pursuant to 18 U.S.C. § 3142(d) that the defendant shall be held in custody pending revocation hearing, to be held before the Honorable William W. Caldwell on **Wednesday, April 18, 2007, at 9:00 a.m.**, in Courtroom No. 1, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility.  On order of a court or the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
